No. 12–96. SHELBY COUNTY, ALABAMA v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*,

p. 1006.] Motion of respondents Bobby Pierson et al. for divided argument granted.